FILED

2020 MAR 19 AM 10:27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
v.
TALIESHA S. RATLIFF
USMS# _____
DEFENDANT

CASE NUMBER: 20CR00137-TJH

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3/19/2020   0930   ☑ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 1028(a)(1), 2(a), 2(b) · AIDING & ABETTING

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☑ No   ☐ Yes   Language: ENGLISH

7. Year of Birth: 1983

8. Defendant has retained counsel:   ☑ No
   ☐ Yes   Name: N/A   Phone Number: N/A

9. Name of Pretrial Services Officer notified: SYBLE

10. Remarks (if any): N/A

11. Name: JEREMY VENABLE   (please print)

12. Office Phone Number: 310-487-2475

13. Agency: CGIS

14. Signature: [signature]

15. Date: 3/19/2020

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION