# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CR 20-0137(A)-TJH** | Date AUGUST 3, 2020 |

Present: The Honorable **TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE**

Interpreter N/A

| Yolanda Skipper | Lisa Gonzalez | Erik M. Silber / Amanda M. Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. TALIESHA SHUNTE RATLIFF | X | | X | 2. DAVID R. REED | X | X | |

**Proceedings:** **TELEPHONIC CHANGE OF PLEA - HELD**

X  Defendant moves to change plea to **Count 1 of the Superseding Information.**

X  Defendant is sworn and waiver of Defendant's Constitutional Rights are taken. Defense counsel joins in waiver of Defendant's Constitutional Rights.

X  Defendant **Taliesha Sunte Ratliff,** enters a new and different plea of **GUILTY** to **Count 1 of the Superseding Information.**

X  The Court questions the Defendant regarding plea of GUILTY, and finds that a factual and legal basis for the plea, and the plea is free of any coercive influence, voluntarily made with full knowledge of the charges against her, the consequences of the plea; that there have been no promises of any kind made to the Defendant by anyone and no threats or coercion have been exerted upon Defendant in any manner. The Court ORDERS the plea accepted and entered.

X  The Court refers the Defendant to the Probation Office for investigation and preparation of a pre-sentence report and continues the matter to *November 16, 2020 at 10:00 a.m.,* for sentencing.

X  **Other: Counsel are ORDERED to comply with the Federal Rules of Criminal Procedure. Position papers are due 2 weeks prior to the hearing date. If there are no position papers, counsel are directed to file a notice of non-opposition.**

cc: USPO, PTS

:**27**

| CR-8 | CHANGE OF PLEA MINUTE ORDER | Initials of Deputy Clerk YS |
|---|---|---|